In the Matter of Ava R., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANGEL R., Appellant. [934 NYS2d 908]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.

In the Matter of KAREN MATTESON, Appellant, v KAREN L. MEINHOLD, Respondent. In the Matter of KAREN MATTESON, Appellant, v ROBERT F. MEINHOLD, Respondent. [934 NYS2d 908]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the amended decision at Family Court. Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.

ROBERT J. LUDWIG, Respondent, v CONFERENCE ARCHIVES, INC., et al., Appellants. [934 NYS2d 909]—

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 2, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.